**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                                    **E-FILING**

**Date:** September 16, 2009

**Case No:** C09-0884 PJH (EMC)                    **Time:**  2:38-3:04

**Case Name:** IO Group v. Jason Jordan            Court Reporter: Margo Gurule (415) 504-4204

**Attorneys:**       Gill Sperlein for Plaintiff
                     Jason Jordan, Defendant pro se by phone (678) 927-6067

**Deputy Clerk:**    Betty Lee

**PROCEEDINGS:**

- PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

**ORDERED AFTER HEARING:**

Defendant shall have until 10/16/09 to file (1) an opposition to IO's motion for default judgment,
and (2) to file a motion to set aside default.  Plaintiff's opposition to the motion to set aside
default shall be filed by 10/30/09.  Within three days, Plaintiff shall re-serve Mr. Jordan (1) the
complaint, (2) motion for entry of default, and (3) motion for default judgment.  Service shall be
made (1) by mail at P. O. Box 91742, Atlanta, GA 30364,and (b) by e-mail at
nubian101@gmail.com.   Court to issue detailed order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x ]  Court

**Case continued to:**

cc: EMC / Defendant Jason Jordan